AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| HAROLD PENA, on behalf of himself, individually, and on behalf of all others similarly-situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> BIG MACK PAINTING CORP., and OV PAINTING AND SUPPLY, INC, and BRUCE POLK, individually, and DENNIS CAROLLO, individually, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 19cv265 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Big Mack Painting Corp. - 261 Chelsea Street, Staten Island, New York 10307
OV Painting and Supply, Inc. - 261 Chelsea Street, Staten Island, New York 10307
Bruce Polk, individually - 261 Chelsea Street, Staten Island, New York 10307
Dennis Carollo, individually - 261 Chelsea Street, Staten Island, New York 10307

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kenneth F. St. John, Esq.
Michael J. Borrelli, Esq.
Alexander T. Coleman, Esq.
Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 200
Garden City, New York 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 1/14/2019  /s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*